# EXHIBIT A

# United States of America
## United States Patent and Trademark Office

# HANA

**Reg. No. 4,989,312**
**Registered June 28, 2016**

**Int. Cls.: 9, 35, and 42**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**



Director of the United States
Patent and Trademark Office

SAP SE (FED REP GERMANY SOCIETAS EUROPAE (SE))
DIETMAR-HOPP-ALLEE 16
WALLDORF, FED REP GERMANY 69190

FOR: MACHINE-READABLE DATA CARRIERS OF ALL TYPES WITH PROGRAMS INSTALLED, NAMELY, DATA INQUIRY AND DATA MANIPULATION PROGRAMS; COMPUTER PROGRAMS AND SOFTWARE FOR RAM DATA PROCESSING AND IN-MEMORY DATA PROCESSING, FOR RAM DATA MANAGEMENT AND MEMORY DATA MANAGEMENT, FOR ANALYSIS AND DIRECT DATA PROCESSING APPLICATIONS, AND FOR THE CREATION, DEVELOPMENT AND DESIGN OF RAM DATABASES AND IN-MEMORY DATABASES, IN PARTICULAR ON A REAL-TIME BASIS, AND FOR READOUTS ON A REAL-TIME BASIS, AND FOR THE RAPID EVALUATION OF TRANSACTION DATA; COMPUTER PROGRAMS AND SOFTWARE IN THE NATURE OF SOFTWARE FOR THE ON-PREMISE AND/OR REMOTE PROCESSING OF BUSINESS TRANSACTIONS, AND FOR THE ANALYSIS OF BUSINESS DATA, FOR THE PURPOSE OF REAL-TIME, AD-HOC AND STRATEGIC BUSINESS DECISION MAKING, AND FOR RAM DATA PROCESSING AND IN-MEMORY DATA PROCESSING, FOR RAM DATA MANAGEMENT AND IN-MEMORY DATA MANAGEMENT, FOR ANALYSIS AND DIRECT DATA PROCESSING APPLICATIONS, AND APPARATUS THEREFOR, AND FOR THE CREATION, DEVELOPMENT AND DESIGN OF RAM DATABASES AND IN-MEMORY DATABASES, IN PARTICULAR ON A REAL-TIME BASIS, AND FOR READOUTS ON A REAL-TIME BASIS, AND FOR THE RAPID EVALUATION OF TRANSACTION DATA; BLANK MAGNETIC DATA CARRIERS, NAMELY, MAGNETIC TAPES, MAGNETIC DISCS AND MAGNETIC CARDS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-0-2011; IN COMMERCE 5-0-2011.

FOR: DATABASE MANAGEMENT, NAMELY, SYSTEMATIC ORDERING OF DATA AND INFORMATION IN COMPUTER DATABASES FOR THE INTERNET RELATING TO THE DEVELOPMENT, CREATING, PROGRAMMING, IMPLEMENTING, PERFORMANCE, PRODUCTION, DISTRIBUTION, SALE, APPLICATION, USE, FUNCTION, HANDLING, MODIFICATION, MAINTENANCE, RENTAL, UPDATING, DESIGN AND OUTSOURCING OF COMPUTER PROGRAMS AND COMPUTER SOFTWARE; COMPILATION AND SYSTEMIZATION OF INFORMATION INTO COMPUTER DATABASES, NAMELY, SYSTEMIZATION OF DATA AND INFORMATION IN COMPUTER DATABASES FOR THE INTERNET IN RELATION TO THE CREATION, DEVELOPMENT AND DESIGN OF COMPUTER PROGRAMS AND SOFTWARE IN THE NATURE OF SOFTWARE FOR RAM DATA PROCESSING

Reg. No. 4,989,312 AND IN-MEMORY DATA PROCESSING, FOR RAM DATA MANAGEMENT AND IN-MEMORY DATA MANAGEMENT, FOR ANALYSIS AND DIRECT DATA PROCESSING APPLICATIONS, AND APPARATUS THEREFOR, AND FOR THE CREATION, DEVELOPMENT AND DESIGN OF RAM DATABASES AND IN-MEMORY DATABASES, IN PARTICULAR ON A REAL-TIME BASIS, AND FOR READOUTS ON A REAL-TIME BASIS, AND FOR THE RAPID EVALUATION OF TRANSACTION DATA, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-0-2011; IN COMMERCE 5-0-2011.

FOR: CREATING, DEVELOPMENT AND DESIGN OF COMPUTER PROGRAMS AND SOFTWARE, IN PARTICULAR FOR COMMERCIAL FUNCTIONS, NAMELY, FOR ACCOUNTING AND CHECKING, PRODUCTION AND MATERIALS MANAGEMENT, QUALITY MANAGEMENT AND MAINTENANCE, SALES, PERSONNEL MANAGEMENT AND PROJECT MANAGEMENT, AND GENERAL OFFICE FUNCTIONS, NAMELY, WORD PROCESSING, ELECTRONIC MAIL AND ARCHIVING; CREATION, DEVELOPMENT AND DESIGN OF COMPUTER PROGRAMS AND SOFTWARE FOR RAM DATA PROCESSING AND IN-MEMORY DATA PROCESSING, FOR RAM DATA MANAGEMENT AND IN-MEMORY DATA MANAGEMENT, FOR ANALYSIS AND DIRECT DATA PROCESSING APPLICATIONS, AND APPARATUS THEREFOR, AND FOR THE CREATION, DEVELOPMENT AND DESIGN OF RAM DATABASES AND IN-MEMORY DATABASES, IN PARTICULAR ON A REAL-TIME BASIS, AND FOR READOUTS ON A REAL-TIME BASIS, AND FOR THE RAPID EVALUATION OF TRANSACTION DATA; PROVIDING COMPUTER SOFTWARE AS A SERVICE FOR THE ON-PREMISE AND REMOTE PROCESSING OF BUSINESS TRANSACTIONS, AND FOR THE ANALYSIS OF BUSINESS DATA, FOR THE PURPOSE OF REAL-TIME, AD-HOC AND STRATEGIC BUSINESS DECISION MAKING, AND FOR ACCOUNTING AND CHECKING, PRODUCTION AND MATERIALS MANAGEMENT, QUALITY MANAGEMENT AND MAINTENANCE, SALES, PERSONNEL MANAGEMENT AND PROJECT MANAGEMENT, AND GENERAL OFFICE FUNCTIONS, NAMELY, WORD PROCESSING, ELECTRONIC MAIL AND ARCHIVING; CLOUD COMPUTING FEATURING SOFTWARE FOR THE ON-PREMISE AND REMOTE PROCESSING OF BUSINESS TRANSACTIONS, AND FOR THE ANALYSIS OF BUSINESS DATA, FOR THE PURPOSE OF REAL-TIME, AD-HOC AND STRATEGIC BUSINESS DECISION MAKING, AND FOR ACCOUNTING AND CHECKING, PRODUCTION AND MATERIALS MANAGEMENT, QUALITY MANAGEMENT AND MAINTENANCE, SALES, PERSONNEL MANAGEMENT AND PROJECT MANAGEMENT, AND GENERAL OFFICE FUNCTIONS, NAMELY, WORD PROCESSING, ELECTRONIC MAIL AND ARCHIVING; CREATION, DEVELOPMENT AND DESIGN OF COMPUTER PROGRAMS AND SOFTWARE FOR RAM DATA PROCESSING AND IN-MEMORY DATA PROCESSING, FOR RAM DATA MANAGEMENT AND IN-MEMORY DATA MANAGEMENT, FOR ANALYSIS AND DIRECT DATA PROCESSING APPLICATIONS, AND APPARATUS THEREFOR, AND FOR THE CREATION, DEVELOPMENT AND DESIGN OF RAM DATABASES AND IN-MEMORY DATABASES, IN PARTICULAR ON A REAL-TIME BASIS, AND FOR READOUTS ON A REAL-TIME BASIS, AND FOR THE RAPID EVALUATION OF TRANSACTION DATA; IMPLEMENTATION, MAINTENANCE, AND RENTAL OF COMPUTER PROGRAMS AND SOFTWARE; UPDATING AND MAINTENANCE OF COMPUTER PROGRAMS AND COMPUTER SOFTWARE, IN PARTICULAR PROGRAMS RELATING TO THE DEVELOPMENT, CREATION, PROGRAMMING, EXECUTION, FUNCTION, PRODUCTION, DISSEMINATING, DISTRIBUTION, APPLICATION, USE, OPERATING, HANDLING, MODIFYING, SALE, MAINTENANCE, RENTAL, UPDATING, DESIGN AND OUTSOURCING; TECHNICAL CONSULTANCY IN THE FIELD OF CREATING AND DEVELOPMENT OF COMPUTER PROGRAMS AND SOFTWARE; RESEARCH IN THE FIELD OF COMPUTER PROGRAMS AND SOFTWARE; WEB SITE HOSTING SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 5-0-2011; IN COMMERCE 5-0-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

**Reg. No. 4,989,312** OWNER OF U.S. REG. NO. 4,182,072.

THE ENGLISH TRANSLATION OF THE WORD "HANA" IN THE MARK IS "FLOWER".

SN 86-398,834, FILED 9-18-2014.

KAMAL PREET, EXAMINING ATTORNEY

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# SAP HANA

**Reg. No. 4,182,072**  
**Registered July 31, 2012**

**Int. Cls.: 9, 16, 35, 41 and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



Director of the United States Patent and Trademark Office

SAP AG (FED REP GERMANY AKTIENGESELLSCHAFT)
DIETMAR-HOPP-ALLEE 16
WALLDORF, FED REP GERMANY 69190

FOR: MACHINE-READABLE DATA CARRIERS OF ALL TYPES WITH PROGRAMS INSTALLED, NAMELY, DATA INQUIRY AND DATA MANIPULATION PROGRAMS; COMPUTER PROGRAMS AND SOFTWARE FOR RAM DATA PROCESSING AND IN-MEMORY DATA PROCESSING, FOR RAM DATA MANAGEMENT AND MEMORY DATA MANAGEMENT, FOR ANALYSIS AND DIRECT DATA PROCESSING APPLICATIONS, AND FOR THE CREATION, DEVELOPMENT AND DESIGN OF RAM DATABASES AND IN-MEMORY DATABASES, IN PARTICULAR ON A REAL-TIME BASIS, AND FOR READOUTS ON A REAL-TIME BASIS, AND FOR THE RAPID EVALUATION OF TRANSACTION DATA; BLANK MAGNETIC DATA CARRIERS, NAMELY, MAGNETIC TAPES, MAGNETIC DISCS AND MAGNETIC CARDS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PRINTED MATERIAL ACCOMPANYING SOFTWARE AND DATA PROCESSING PROGRAMS, NAMELY, MANUALS, CATALOGUES, USER GUIDES AND OPERATING INSTRUCTIONS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: DATABASE MANAGEMENT, NAMELY, SYSTEMATIC ORDERING OF DATA AND INFORMATION IN COMPUTER DATABASES FOR THE INTERNET RELATING TO THE DEVELOPMENT, CREATING, PROGRAMMING, IMPLEMENTING, PERFORMANCE, PRODUCTION, DISTRIBUTION, SALE, APPLICATION, USE, FUNCTION, HANDLING, MODIFICATION, MAINTENANCE, RENTAL, UPDATING, DESIGN AND OUTSOURCING OF COMPUTER PROGRAMS AND COMPUTER SOFTWARE; COMPILATION AND SYSTEMIZATION OF INFORMATION INTO COMPUTER DATABASES, NAMELY, SYSTEMISATION OF DATA AND INFORMATION IN COMPUTER DATABASES FOR THE INTERNET IN RELATION TO THE CREATION, DEVELOPMENT AND DESIGN OF COMPUTER PROGRAMS AND SOFTWARE FOR RAM DATA PROCESSING AND IN-MEMORY DATA PROCESSING, FOR RAM DATA MANAGEMENT AND IN-MEMORY DATA MANAGEMENT, FOR ANALYSIS AND DIRECT DATA PROCESSING APPLICATIONS, AND APPARATUS THEREFOR, AND FOR THE CREATION, DEVELOPMENT AND DESIGN OF RAM DATABASES AND IN-MEMORY DATABASES, IN PARTICULAR ON A REAL-TIME BASIS, AND FOR READOUTS ON A REAL-TIME BASIS, AND FOR THE RAPID EVALUATION OF TRANSACTION DATA, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

**Reg. No. 4,182,072** FOR: TRAINING IN THE USE OF DATA PROCESSING PROGRAMS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: CREATING, DEVELOPMENT AND DESIGN OF COMPUTER PROGRAMS AND SOFTWARE, IN PARTICULAR FOR COMMERCIAL FUNCTIONS, INCLUDING FOR AC- COUNTING AND CHECKING, PRODUCTION AND MATERIALS MANAGEMENT, QUALITY MANAGEMENT AND MAINTENANCE, SALES, PERSONNEL MANAGEMENT AND PRO- JECT MANAGEMENT, AND GENERAL OFFICE FUNCTIONS, INCLUDING WORD PRO- CESSING, ELECTRONIC MAIL AND ARCHIVING; CREATION, DEVELOPMENT AND DESIGN OF COMPUTER PROGRAMS AND SOFTWARE FOR RAM DATA PROCESSING AND IN-MEMORY DATA PROCESSING, FOR RAM DATA MANAGEMENT AND IN- MEMORY DATA MANAGEMENT, FOR ANALYSIS AND DIRECT DATA PROCESSING APPLICATIONS, AND FOR THE CREATION, DEVELOPMENT AND DESIGN OF RAM DATABASES AND IN-MEMORY DATABASES, IN PARTICULAR ON A REAL-TIME BASIS, AND FOR READOUTS ON A REAL-TIME BASIS, AND FOR THE RAPID EVALUATION OF TRANSACTION DATA; IMPLEMENTATION, MAINTENANCE, AND RENTAL OF COM- PUTER PROGRAMS AND SOFTWARE; UPDATING AND MAINTENANCE OF COMPUTER PROGRAMS AND COMPUTER SOFTWARE, IN PARTICULAR PROGRAMS RELATING TO THE DEVELOPMENT, CREATION, PROGRAMMING, EXECUTION, FUNCTION, PRODUC- TION, DISSEMINATING, DISTRIBUTION, APPLICATION, USE, OPERATING, HANDLING, MODIFYING, SALE, MAINTENANCE, RENTAL, UPDATING, DESIGN AND OUTSOURCING; TECHNICAL CONSULTANCY IN THE FIELD OF CREATING AND DEVELOPMENT OF COMPUTER PROGRAMS AND SOFTWARE; RESEARCH IN THE FIELD OF COMPUTER PROGRAMS AND SOFTWARE, IN CLASS 42 (U.S. CLS. 100 AND 101).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR- TICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON ERPN CMNTY TM OFC APPLICATION NO. 9873365, FILED 4-6-2011, REG. NO. 9873365, DATED 9-8-2011, EXPIRES 4-6-2021.

OWNER OF U.S. REG. NOS. 2,538,716, 2,905,468 AND OTHERS.

SER. NO. 85-374,008, FILED S.R. 7-18-2011 AM. P.R. 3-29-2012.

HANNO RITTNER, EXAMINING ATTORNEY

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# S/4HANA

**Reg. No. 4,952,410**
**Registered May 3, 2016**

**Int. Cls.: 9, 16, 41, and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



Director of the United States
Patent and Trademark Office

SAP SE (FED REP GERMANY SOCIETAS EUROPAE (SE))
DIETMAR-HOPP-ALLEE 16
WALLDORF, FED REP GERMANY 69190

FOR: COMPUTER SOFTWARE AND PROGRAMS USED TO PERFORM BUSINESS OPERATIONS AND GENERAL OFFICE FUNCTIONS, NAMELY, DOCUMENT AUTHORING, STORAGE, AND RETRIEVAL, FINANCIAL INTEGRATION AND BUSINESS NETWORKING; COMPUTER SOFTWARE FOR CALENDAR AND SCHEDULING, DESKTOP PUBLISHING, IMAGE EDITING, GRAPHICS CREATION AND EDITING, DRAWING, COMPUTER AIDED DESIGN AND DRAFTING, CREATION OF MULTIMEDIA PRESENTATIONS; SOFTWARE THAT ALLOWS VERSION HISTORY TRACKING OF DOCUMENTS, STORES KEY INFORMATION RELATING TO DOCUMENTS, AND ALLOWS CONTROL OF ACCESS TO DOCUMENTS; SOFTWARE FOR ENSURING THE SECURITY OF ELECTRONIC MAIL; SOFTWARE FOR MANAGING ELECTRONIC MAIL; SOFTWARE FOR TRACKING AND MANAGING PROJECTS; COMPUTER SOFTWARE FOR MANAGING BUSINESS AND FINANCIAL INFORMATION; COMPUTER SOFTWARE FOR EVALUATING AND MANAGING BUSINESS RISKS; COMPUTER SOFTWARE FOR QUALITY CONTROL, NAMELY, SOFTWARE TO INTEGRATE MANUFACTURING OPERATIONS, TRACK PROBLEMS, AND GENERATE REPORTS, AND SOFTWARE TO ANALYZE DATA AND PROCESSES TO ENSURE COMPLIANCE WITH FEDERAL AND STATE LAWS AND REGULATIONS; COMPUTER DATABASE MANAGEMENT SOFTWARE FOR USE IN MANAGING ELECTRONIC MAIL AND DIRECT MAIL COMMUNICATIONS; COMPUTER SOFTWARE PLATFORM FOR SOFTWARE INTEGRATION IN THE FIELD OF BUSINESS MANAGEMENT; COMMUNICATIONS SOFTWARE FOR CONNECTING GLOBAL COMPUTER NETWORKS; COMMUNICATIONS SOFTWARE FOR CONNECTING COMPUTER NETWORK USERS; GRAPHICAL USER INTERFACE SOFTWARE; COMPUTER GRAPHICS SOFTWARE; COMPUTER SOFTWARE DEVELOPMENT TOOLS; COMPUTER SOFTWARE FOR USE IN DATABASE MANAGEMENT; COMPUTER SOFTWARE FOR APPLICATION AND DATABASE INTEGRATION; COMPUTER SOFTWARE FOR THE COLLECTION, EDITING, ORGANIZING, MODIFYING, BOOK MARKING, TRANSMISSION, STORAGE, AND SHARING OF DATA AND INFORMATION; COMPUTER SOFTWARE FOR USE IN CUSTOMER RELATIONSHIP MANAGEMENT; DATABASE MANAGEMENT SOFTWARE FOR GENERAL USE; FACILITIES MANAGEMENT SOFTWARE, NAMELY, SOFTWARE TO CONTROL BUILDING ENVIRONMENTAL, ACCESS, AND SECURITY SYSTEMS; COMPUTER SOFTWARE TO MONITOR AND CONTROL MANUFACTURING; APPLICATION DEVELOPMENT SOFTWARE, NAMELY, SOFTWARE FOR COMPUTER SYSTEM AND APPLICATION DEVELOPMENT; SUPPLY CHAIN SOFTWARE FOR INVENTORY MANAGEMENT, SALES MANAGE-

**Reg. No. 4,952,410** MENT, AND ORDER MANAGEMENT; ALL OF THE FOREGOING FOR GENERAL BUSINESS USE; DOWNLOADABLE USER MANUALS IN ELECTRONIC FORM FOR COMPUTER SOFTWARE, HARDWARE AND PERIPHERALS; DOWNLOADABLE CLOUD COMPUTER SOFTWARE FOR BUSINESS OPERATIONS AND GENERAL OFFICE FUNCTIONS, NAMELY, DOCUMENT AUTHORING, STORAGE, AND RETRIEVAL AND BUSINESS NETWORKING; COMPUTER SOFTWARE FOR CALENDAR AND SCHEDULING, DESKTOP PUBLISHING, IMAGE EDITING, GRAPHICS CREATION AND EDITING, DRAWING, COMPUTER AIDED DESIGN AND DRAFTING, CREATION OF MULTIMEDIA PRESENTATIONS AND CLOUD BASED TRAVEL AND EXPENSE MANAGEMENT; SOFTWARE THAT ALLOWS VERSION HISTORY TRACKING OF DOCUMENTS, STORES KEY INFORMATION RELATING TO DOCUMENTS, AND ALLOWS CONTROL OF ACCESS TO DOCUMENTS; SOFTWARE FOR ENSURING THE SECURITY OF ELECTRONIC MAIL; SOFTWARE FOR MANAGING ELECTRONIC MAIL; SOFTWARE FOR TRACKING AND MANAGING PROJECTS; COMPUTER SOFTWARE FOR MANAGING BUSINESS AND FINANCIAL INFORMATION; COMPUTER SOFTWARE FOR EVALUATING AND MANAGING BUSINESS RISKS; COMPUTER SOFTWARE FOR QUALITY CONTROL, NAMELY, SOFTWARE TO INTEGRATE MANUFACTURING OPERATIONS, TRACK PROBLEMS, AND GENERATE REPORTS, AND SOFTWARE TO ANALYZE DATA AND PROCESSES TO ENSURE COMPLIANCE WITH FEDERAL AND STATE LAWS AND REGULATIONS; SOFTWARE APPLICATIONS FOR MOBILE DEVICES FOR TRACKING EXPENSES, INVOICES AND TRAVEL INFORMATION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-0-2011; IN COMMERCE 5-0-2011.

FOR: PRINTED MATERIALS, NAMELY, CATALOGS, MANUALS, AND OPERATING INSTRUCTIONS, FEATURING INFORMATION ON THE OPERATION OF COMPUTER SOFTWARE, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 5-0-2011; IN COMMERCE 5-0-2011.

FOR: EDUCATIONAL SERVICES, NAMELY, ARRANGING AND CONDUCTING CONFERENCES, SEMINARS AND TRAINING SESSIONS IN THE FIELDS OF COMPUTER SOFTWARE FOR BUSINESS OPERATIONS AND GENERAL OFFICE FUNCTIONS, THE CREATION, DEVELOPMENT, USE, AND APPLICATION OF COMPUTER SOFTWARE AND ELECTRONIC DATA PROCESSING AND IN THE FIELD OF CLOUD COMPUTING, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 5-0-2011; IN COMMERCE 5-0-2011.

FOR: CLOUD COMPUTING FEATURING SOFTWARE FOR USE FOR BUSINESS OPERATION AND GENERAL OFFICE FUNCTIONS, NAMELY, DOCUMENT AUTHORING, STORAGE, AND RETRIEVAL, FINANCIAL INTEGRATION AND BUSINESS NETWORKING FUNCTIONS AND FOR TRACKING EXPENSES, INVOICES AND TRAVEL INFORMATION; CLOUD COMPUTING FEATURING SOFTWARE THAT ALLOWS VERSION HISTORY TRACKING OF DOCUMENTS, STORES KEY INFORMATION RELATING TO DOCUMENTS, AND ALLOWS CONTROL OF ACCESS TO DOCUMENTS; CLOUD COMPUTING FEATURING SOFTWARE FOR ENSURING THE SECURITY OF ELECTRONIC MAIL; PROVIDING INFORMATION AND INFORMATIONAL DATA VIA THE INTERNET PERTAINING TO THE MAINTENANCE, UPDATING, AND DESIGN OF COMPUTER PROGRAMS AND SOFTWARE FOR GENERAL BUSINESS USE, INCORPORATING DEVELOPMENT, CREATION, PROGRAMMING, EXECUTION, SPECIAL EFFECT DESIGN, DESIGN OF PRODUCTION PROCESSES, APPLICATION, USE, WAY OF WORKING, OPERATION, MODIFICATION; CONSULTING SERVICES IN THE FIELDS OF DESIGN, SELECTION, CREATION, DEVELOPMENT, IMPLEMENTATION, AND USE OF COMPUTER HARDWARE AND SOFTWARE SYSTEMS FOR OTHERS; RESEARCH IN THE AREA OF COMPUTER PROGRAMS AND SOFTWARE; CREATION, DEVELOPMENT AND DESIGN OF COMPUTER PROGRAMS AND SOFTWARE FOR OTHERS, IN PARTICULAR FOR BUSINESS FUNCTION AREAS, NAMELY, ACCOUNTING AND FINANCIAL CONTROLLING, PRODUCTION AND MATER-

**Reg. No. 4,952,410** IALS MANAGEMENT, QUALITY MANAGEMENT AND PLANT MAINTENANCE, MARKETING, PERSONNEL AND PROJECT MANAGEMENT, AND GENERAL OFFICE FUNCTIONS, NAMELY, WORD PROCESSING, ELECTRONIC MAIL, AND ARCHIVING; MAINTENANCE OF COMPUTER SOFTWARE; UPDATING OF COMPUTER SOFTWARE FOR OTHERS; PREPARATION, DEVELOPMENT AND DESIGN OF COMPUTER PROGRAMS AND SOFTWARE FOR USE IN BUSINESS OPERATIONS AND GENERAL OFFICE FUNCTIONS; IMPLEMENTATION, REPAIR, UPDATING, AND MAINTENANCE OF COMPUTER PROGRAMS AND SOFTWARE; CONSULTING REGARDING THE PREPARATION, DESIGN, DEVELOPMENT USE AND APPLICATION OF COMPUTER PROGRAMS AND SOFTWARE; RESEARCH AND DEVELOPMENT IN THE FIELD OF COMPUTER PROGRAMS AND SOFTWARE; PROVIDING INFORMATION AND INFORMATIONAL DATA VIA THE INTERNET REGARDING COMPUTER PROGRAMS AND SOFTWARE; RESEARCH IN THE FIELD OF COMPUTER PROGRAMS AND SOFTWARE; SOFTWARE AS A SERVICE (SAAS) SERVICES FEATURING COMPUTER SOFTWARE IN THE FIELDS OF BUSINESS OPERATION MANAGEMENT, BUSINESS NETWORKING, TRAVEL AND EXPENSE MANAGEMENT AND GENERAL OFFICE FUNCTIONS , IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 5-0-2011; IN COMMERCE 5-0-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 86-495,539, FILED 1-5-2015.

KATHLEEN M. VANSTON, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.